# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA DYESS, by and through her Guardian ad Litem, ANDREA DYESS,<br><br>Plaintiff,<br><br>v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | NO. 1:10-CV-00166-AWI-JLT<br><br>ORDER VACATING APRIL 5, 2010 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Defendants' motion to dismiss and motion to strike have been set for hearing in this case on April 5, 2010. The court has reviewed the papers and has determined that these matters are suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 5, 2010, is VACATED, and the parties shall not appear at that time. As of April 5, 2010, the court will take the matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 29, 2010             /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE