IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA DYESS, by and through her Guardian ad Litem, ANDREA DYESS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　　　Defendants. | NO. 1:10-CV-00166-AWI JLT<br><br>ORDER VACATING<br>MAY 10, 2010 HEARING DATE<br>AND TAKING MATTER<br>UNDER SUBMISSION |

Defendant Rick Cotta's motion to strike and motion to dismiss have been set for hearing in this case on May 10, 2010.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 10, 2010, is VACATED, and the parties shall not appear at that time.  As of May 10, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 4, 2010                    　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE