# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA DYESS, by and through her Guardian ad Litem, ANDREA DYESS, <br><br> Plaintiff, <br><br> v. <br><br> TEHACHAPI UNIFIED SCHOOL DISTRICT, et a., <br><br> Defendants. | 1:10-cv-00166 AWI JLT <br><br> ORDER CONTINUING SCHEDULING CONFERENCE |

In light of the motions to dismiss currently under submission, the Court orders the Scheduling Conference, currently set for May 19, 2010, to be continued to July 20, 2010 at 9:00 a.m. at the United States District Court Bakersfield Office, 1200 Truxtun Avenue, Suite 120, Bakersfield, CA.

The parties are encouraged to appear telephonically. If two or more parties wish to appear by telephone, counsel shall decide who will be responsible for making prior arrangements for the conference call and shall initiate the call. After all parties are on the line, the call should then be placed to Judge Thurston's chambers at 661-326- 6620. Additionally, counsel are directed to indicate on the face page of their Joint Scheduling Report that the conference will be telephonic.

IT IS SO ORDERED.

Dated:   **May 10, 2010**                                         /s/ Jennifer L. Thurston
                                                                                 UNITED STATES MAGISTRATE JUDGE