Daniel Rodriguez, Esq., SBN 096625
Joel T. Andreesen, Esq., SBN 152254
Charles R. Chapman, Esq., SBN 115505
**RODRIGUEZ & ASSOCIATES**
**A Professional Law Corporation**
2020 Eye Street
Bakersfield, CA  93301
Phone: (661) 323-1400   Fax: (661) 323-0132

Attorneys for Plaintiff ALEXANDRIA DYESS,
by and through her Guardian ad Litem, ANDREA DYESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA DYESS, by and through her Guardian ad Litem, ANDREA DYESS,<br><br>        Plaintiff,<br>  vs.<br>TEHACHAPI UNIFIED SCHOOL DISTRICT; RICK COTTA; ED CHEEK; CARY JOHNSON; BEVERLY THOMPSON; RICHARD SWANSON, PH.D.; MS. SKAGGS; DAN INGRAHAM; MS. GUY; and DOES 1 through 100, Inclusive,<br><br>        Defendants. | Case No.: 1:10-CV-00166-AWI-JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE |

///

///

///

# ORDER

FOR GOOD CAUSE SHOWN, and pursuant to the stipulation of the parties through their counsel, it is hereby ORDERED THAT the Scheduling Conference currently calendared for July 20, 2010 at 9:00 a.m. at the United States District Court Bakersfield Office, 1200 Truxtun Avenue, Suite 120, Bakersfield, CA, is continued to September 21, 2010, at 9:00 a.m. at the same location.

The parties' Joint Scheduling Conference statement must be filed at least one week in advance of the conference.

IT IS SO ORDERED.

Dated: **July 14, 2010**          **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE