# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA DYESS, by and through her Guardian ad Litem, ANDREA DYESS,<br><br>        Plaintiff,<br><br>   v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, et al.,<br><br>        Defendants. | NO. 1:10-CV-166 AWI JLT<br><br>ORDER ON DEFENDANTS' MOTION TO DISMISS<br><br>Doc. Nos. 30 & 31 |

Currently set for hearing and decision on November 1, 2010, are Defendants' respective motions to dismiss (Documents 30 and 31). The court has reviewed the moving papers and has determined that these motions are suitable for decision without oral argument. Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 1, 2010, is VACATED, and the parties shall not appear at that time. As of November 1, 2010, the Court will take Defendants' motions to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: October 27, 2010

CHIEF UNITED STATES DISTRICT JUDGE