1  Daniel Rodriguez, Esq., SBN 096625
2  Joel T. Andreesen, Esq., SBN 152254
   Charles R. Chapman, Esq., SBN 115505
3  **RODRIGUEZ & ASSOCIATES**
4  **A Professional Law Corporation**
5  2020 Eye Street
   Bakersfield, CA  93301
6  Phone: (661) 323-1400   Fax: (661) 323-0132

7
   Attorneys for Plaintiff ALEXANDRIA DYESS,
8  by and through her Guardian ad Litem, ANDREA DYESS

9

10                     UNITED STATES DISTRICT COURT

11                   EASTERN DISTRICT OF CALIFORNIA

12

13

14  ALEXANDRIA DYESS, by and through her  )  Case No.: 1:10-CV-00166-AWI-JLT
    Guardian ad Litem, ANDREA DYESS,      )
15                                        )  ORDER GRANTING STIPULATION
                                          )  TO CONTINUE SCHEDULING
16          Plaintiff,                    )  CONFERENCE
          vs.                             )
17  TEHACHAPI UNIFIED SCHOOL              )
18  DISTRICT; RICK COTTA; ED CHEEK;       )
    CARY JOHNSON; BEVERLY                 )
19  THOMPSON; RICHARD SWANSON,            )
20  PH.D.; MS. SKAGGS; DAN INGRAHAM;      )
    MS. GUY; and DOES 1 through 100,      )
21  Inclusive,                            )
22                                        )
23          Defendants.                   )
                                          )
24  _____

25

26  ///

27  ///

28  ///

1

2

**ORDER**

3

4

5

6

7

        FOR GOOD CAUSE SHOWN, and pursuant to the Stipulation of all of the parties

to this action through there counsel, it is hereby ORDERED THAT the Scheduling

Conference currently calendared for November 10, 2010 at 9:00 a.m. at the United

States District Court Bakersfield Office, 1200 Truxtun Avenue, Suite 120, Bakersfield,

CA, is continued to **January 6, 2011 at 9:00 a.m.**, at the same location.

8

9

10

11

IT IS SO ORDERED.

12

13

        Dated:    **November 3, 2010**                        **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28