UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA DYESS,<br><br>            Plaintiff,<br><br>   vs.<br><br>TEHACAHAPI UNIFIED SCHOOL DISTRICT, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:10-cv-00166 AWI JLT<br><br>**ORDER AFTER SETTLEMENT** |

On December 10, 2010, the Plaintiff filed a Notice of Settlement. Pursuant to Local Rule 160(b), no later than December 31, 2010, Plaintiff is **ORDERED** to file the appropriate papers to dismiss this action in its entirety.

This Court **ORDERS** that all pending dates and motions are **VACATED.**

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:   **December 14, 2010**                              **/s/ Jennifer L. Thurston**
                                                                               UNITED STATES MAGISTRATE JUDGE