Daniel Rodriguez, Esq., SBN 096625
Joel T. Andreesen, Esq., SBN 152254
Charles R. Chapman, Esq., SBN 115505
**RODRIGUEZ & ASSOCIATES**
**A Professional Law Corporation**
2020 Eye Street
Bakersfield, CA  93301
Phone: (661) 323-1400   Fax: (661) 323-0132

Attorneys for Plaintiff ALEXANDRIA DYESS,
by and through her Guardian ad Litem, ANDREA DYESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA DYESS, by and through her Guardian ad Litem, ANDREA DYESS,<br><br>            Plaintiff,<br>     vs.<br>TEHACHAPI UNIFIED SCHOOL DISTRICT; RICK COTTA; ED CHEEK; CARY JOHNSON; BEVERLY THOMPSON; RICHARD SWANSON, PH.D.; MS. SKAGGS; DAN INGRAHAM; MS. GUY; and DOES 1 through 100, Inclusive,<br><br>            Defendants. | Case No. Case No.: 1:10-CV-00166-AWI-JLT<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. Pro. 41(a)(1)(A)(ii)] |

///

///

///

# **ORDER**

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties through counsel, that the above-captioned action shall be and is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own fees and costs.

IT IS SO ORDERED.

Dated:   March 15, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE